■ In the Matter of DANIEL B., a Person Alleged to be a Juvenile Delinquent, Appellant. [5 NYS3d 911]—Appeal from an order of disposition of the Family Court, Queens County (Fran L. Lubow, J.), dated March 15, 2013. The order of disposition, insofar as appealed from, upon Daniel B.'s consent, directed his placement in a nonsecure detention facility with the Administration for Children's Services for a period of up to 18 months, upon adjudicating him to be a juvenile delinquent.

Motion by the respondent, inter alia, to dismiss the appeal on the ground that no appeal lies from an order entered upon the consent of the appealing party. By decision and order on motion of this Court dated December 10, 2014, that branch of the motion which is to dismiss the appeal on the ground that no appeal lies from an order entered upon the consent of the appealing party was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the submission of the appeal, it is

Ordered that the branch of the motion which is to dismiss the appeal from the order of disposition on the ground that no appeal lies from an order entered upon the consent of the appealing party is granted; and it is further,

Ordered that the appeal is dismissed, without costs or disbursements.

The only issue raised on the appeal involves the disposition in this matter. Since the order of disposition was entered on consent, the appellant is not aggrieved thereby (see CPLR 5511; Matter of Jayson V., 117 AD3d 960 [2014]; Matter of Cristian C., 104 AD3d 941, 942 [2013]; Matter of Kemar G., 72 AD3d 965, 966 [2010]). Balkin, J.P., Roman, Maltese and Barros, JJ., concur.